**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 08-00019-01-CR-W-GAF |
| KYLE D. BREWER, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED FINAL ORDER OF FORFEITURE**

This matter is before the Court on the Motion of the United States of America for an

Amended Final Order of Forfeiture.

On December 4, 2008, this Court entered a Final Order of Forfeiture on behalf of the

United States forfeiting the following property:

A Sprint Sanyo brand cell phone, model MM8300, further described as bearing
number ESNDEC:00404322438 and ESNHEX: 0441F48658;

An HP Pavillion brand DV1000 laptop computer, serial number CNF6150QBC;
and

A Dell brand desktop computer, serial number B6J6981

It has been determined that the only property to be forfeited to the United States is the HP

Pavillion brand DV1000 laptop computer, serial number CNF6150QBC.  Therefore, on the

Motion of the Plaintiff, the United States of America, the final order of forfeiture is

amended and only the HP Pavillion brand DV1000 laptop computer, serial number

CNF6150QBC will be forfeited to the United States.

SO ORDERED this __13th__ day of __March__, 2009.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

2